24410. WHATLEY *v.* THE STATE.

MacINTYRE, J. This case is controlled by the decision in the kindred case of *Whatley* v. *State*, ante, 26.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MARCH 26, 1935.

*A. L. Miller*, for plaintiff in error.
*Robert B. Short*, solicitor-general, contra.